IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL ACTION NO. 1:17-cv-24115-CMA

MICHAEL CRUZ,

   **Plaintiff,**

v.

EXETER FINANCE LLC,

   **Defendant.**

_____/

### JOINT MOTION FOR ORDER TO ARBITRATE AND STAY CASE

  Plaintiff Michael Cruz ("Plaintiff") and Defendant Exeter Finance LLC ("Defendant"), by and through their undersigned counsel, hereby submit this Joint Motion for Order to Arbitrate and Stay case, stating as follows:

  1. On November 8, 2017, Plaintiff filed a Complaint in this Court, alleging that Defendant violated the Telephone Consumer Protection Act (47 U.S.C. § 227) in connection with an automobile loan (Dkt No.1).

  2. Plaintiff's contract contains an Arbitration Clause (the "Arbitration Provision") providing for mandatory, binding arbitration for any claim or dispute between the parties at either party's election.

  3. Plaintiff's claims against Defendant are subject to arbitration under the Arbitration Provision.

  4. The parties have agreed that the Arbitration Provision governs the dispute embodied in the Complaint, and to arbitrate Plaintiff's claim pursuant to the Arbitration Provision.

5. The parties respectfully request that all proceedings and deadlines, including but not limited to any case management deadlines, shall be stayed pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, pending completion of arbitration, at which time either party may apply to this Court to confirm, vacate, or modify the arbitration award as set forth in Sections 9 through 11 of the Federal Arbitration Act, 9 U.S.C. §§ 9-11, and that the Clerk of Court administratively close this case until such application, if any, is made.

**WHEREFORE, PREMISES CONSIDERED,** the parties request that the matter be stayed and the Clerk administratively close the case.

Respectfully submitted this 12th day of December, 2017.

| | |
|---|---|
| */s/ Jordan A. Shaw (w/permission)* | */s/ R. Frank Springfield* |
| Jordan A. Shaw | R. Frank Springfield (FL Bar No. 0010871) |
| Florida Bar No. 111771 | Courtney Oakes (FL Bar No. 106553) |
| ZEBERSKY PAYNE, LLP | BURR & FORMAN LLP |
| 110 S.E. 6th Street, Suite 2150 | 350 E. Las Olas Blvd., Suite 1420 |
| Ft. Lauderdale, Florida 33301 | Fort Lauderdale, FL 33301 |
| Telephone: (954) 989-6333 | Telephone: (954) 414-6213 |
| Facsimile: (954) 989-7781 | Facsimile: (954) 660-2567 |
| jshaw@zplllp.com | fspringfield@burr.com |
| | coakes@burr.com |
| Attorney for Plaintiff | |
| MICHAEL CRUZ | Attorneys for Defendant |
| | EXETER FINANCE LLC |

30870083 v1

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Jordan A. Shaw
Zebersky Payne, LLP
110 S.E. Street, Suite 2150
Ft. Lauderdale, FL  33301

*s/ R. Frank Springfield*
OF COUNSEL

30870083 v1