UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24115-CIV-ALTONAGA/Goodman

**MICHAEL CRUZ,**

    Plaintiff,
vs.

**EXETER FINANCE LLC,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Motion for Order to Arbitrate and Stay Case [ECF No. 10]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. All proceedings and deadlines, including but not limited to any case management deadlines, are stayed pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, pending completion of arbitration, at which time either party may apply to the Court to confirm, vacate, or modify the arbitration award as set forth in Sections 9 through 11 of the Federal Arbitration Act, *id.* §§ 9-11.

The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 12th day of December, 2017.

                              *[signature]*
                              **CECILIA M. ALTONAGA**
                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record