IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL ACTION NO. 1:17-cv-24115-CMA

**MICHAEL CRUZ,**

       **Plaintiff,**

**v.**

**EXETER FINANCE LLC,**

       **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Michael Cruz and Defendant Exeter Finance LLC, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of November, 2018.

| | |
|---|---|
| s/ *Jordan A. Shaw (w/permission)* | /s/ *R. Frank Springfield* |
| Jordan A. Shaw | R. Frank Springfield (FL Bar No. 0010871) |
| Florida Bar No. 111771 | Courtney Oakes (FL Bar No. 106553) |
| ZEBERSKY PAYNE, LLP | BURR & FORMAN LLP |
| 110 S.E. 6th Street, Suite 2150 | 350 E. Las Olas Blvd., Suite 1420 |
| Ft. Lauderdale, Florida 33301 | Fort Lauderdale, FL 33301 |
| Telephone: (954) 989-6333 | Telephone: (954) 414-6213 |
| Facsimile: (954) 989-7781 | Facsimile: (954) 660-2567 |
| jshaw@zplllp.com | fspringfield@burr.com |
| | coakes@burr.com |
| Attorney for Plaintiff | |
| MICHAEL CRUZ | Attorneys for Defendant |
| | EXETER FINANCE LLC |